UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **MARY A. JOHNSON** | **CIVIL ACTION NO. 10-1180** |
| **VERSUS** | **JUDGE HAIK** |
| **OLD NAVY, LLC, ET AL** | **MAGISTRATE JUDGE HANNA** |

*JURISDICTIONAL REVIEW*

The undersigned has reviewed the Memorandum Regarding Jurisdictional Amount Necessary to Support Removal (Rec. Doc. 8) submitted by defendant as ordered by the court. After review, the undersigned finds the amount in controversy appears to meet the jurisdictional threshold of 28 U.S.C. § 1332. No further briefing is necessary.

Lafayette, Louisiana, this 6th day of December, 2010.

Patrick J. Hanna
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)